# Exhibit "A"

### 49 USC 42112

*NB: This unofficial compilation of the U.S. Code is current as of Jan. 4, 2012 (see http://www.law.cornell.edu/uscode/uscprint.html).*

**TITLE 49 - TRANSPORTATION**
  **SUBTITLE VII - AVIATION PROGRAMS**
    **PART A - AIR COMMERCE AND SAFETY**
      **subpart ii - economic regulation**
        **CHAPTER 421 - LABOR-MANAGEMENT PROVISIONS**
          **SUBCHAPTER II - MUTUAL AID AGREEMENTS AND LABOR REQUIREMENTS OF AIR CARRIERS**

### § 42112. Labor requirements of air carriers

**(a) Definitions.—** In this section—

**(1)** "copilot" means an employee whose duties include assisting or relieving the pilot in manipulating an aircraft and who is qualified to serve as, and has in effect an airman certificate authorizing the employee to serve as, a copilot.

**(2)** "pilot" means an employee who is—

**(A)** responsible for manipulating or who manipulates the flight controls of an aircraft when under way, including the landing and takeoff of an aircraft; and

**(B)** qualified to serve as, and has in effect an airman certificate authorizing the employee to serve as, a pilot.

**(b) Duties of Air Carriers.—** An air carrier shall—

**(1)** maintain rates of compensation, maximum hours, and other working conditions and relations for its pilots and copilots who are providing interstate air transportation in the 48 contiguous States and the District of Columbia to conform with decision number 83, May 10, 1934, National Labor Board, notwithstanding any limitation in that decision on the period of its effectiveness;

**(2)** maintain rates of compensation for its pilots and copilots who are providing foreign air transportation or air transportation only in one territory or possession of the United States; and

**(3)** comply with title II of the Railway Labor Act (45 U.S.C. 181 et seq.) as long as it holds its certificate.

**(c) Minimum Annual Rate of Compensation.—** A minimum annual rate under subsection (b)(2) of this section may not be less than the annual rate required to be paid for comparable service to a pilot or copilot under subsection (b)(1) of this section.

**(d) Collective Bargaining.—** This section does not prevent pilots or copilots of an air carrier from obtaining by collective bargaining higher rates of compensation or more favorable working conditions or relations.

(Pub. L. 103–272, § 1(e), July 5, 1994, 108 Stat. 1160.)

## Historical and Revision Notes

| Revised Section | Source (U.S. Code) | Source (Statutes at Large) |
|---|---|---|
| 42112(a) | | |
| 49 App.:1371(k)(5). | | |
| Aug. 23, 1958, Pub. L. 85–726, § 401(k), 72 Stat. 756. | | |
| 42112(b), (c) | | |
| 49 App.:1371(k)(1), (2), (4). | | |
| 42112(d) | | |
| 49 App.:1371(k)(3). | | |

In subsection (a), the words "properly" and "currently" are omitted as surplus.

*- 1 -*

In subsection (b), the word "providing" is substituted for "engaged in" for consistency in the revised title. In clause (1), the words "48 contiguous States and the District of Columbia" are substituted for "the continental United States (not including Alaska)" for clarity and consistency in the revised title. In clause (2), the words "overseas or" are omitted as obsolete. The word "only" is substituted for "wholly" for consistency. In clause (3), the words "as long as it holds" are substituted for "upon the holding" for clarity.

In subsection (c), the words "under subsection (b)(1) of this section" are substituted for "said decision 83 . . . engaged in interstate air transportation within the continental United States (not including Alaska)" to eliminate unnecessary words.

In subsection (d), the words "or other employees" are omitted as unnecessary because this section only applies to pilots and copilots.

### References in Text

The Railway Labor Act, referred to in subsec. (b)(3), is act May 20, 1926, ch. 347, 44 Stat. 577, as amended. Title II of the Act was added by act Apr. 10, 1936, ch. 166, 49 Stat. 1189, and is classified generally to subchapter II (§ 181 et seq.) of chapter 8 of Title 45, Railroads. For complete classification of this Act to the Code, see section 151 of Title 45 and Tables.

### Labor Integration

Pub. L. 110–161, div. K, title I, § 117, Dec. 26, 2007, 121 Stat. 2382, provided that:

"(a) Labor Integration.—With respect to any covered transaction involving two or more covered air carriers that results in the combination of crafts or classes that are subject to the Railway Labor Act (45 U.S.C. 151 et seq.), sections 3 and 13 of the labor protective provisions imposed by the Civil Aeronautics Board in the Allegheny-Mohawk merger (as published at 59 C.A.B. 45) shall apply to the integration of covered employees of the covered air carriers; except that—

"(1) if the same collective bargaining agent represents the combining crafts or classes at each of the covered air carriers, that collective bargaining agent's internal policies regarding integration, if any, will not be affected by and will supersede the requirements of this section; and

"(2) the requirements of any collective bargaining agreement that may be applicable to the terms of integration involving covered employees of a covered air carrier shall not be affected by the requirements of this section as to the employees covered by that agreement, so long as those provisions allow for the protections afforded by sections 3 and 13 of the Allegheny-Mohawk provisions.

"(b) Definitions.—In this section, the following definitions apply:

"(1) Air carrier.—The term 'air carrier' means an air carrier that holds a certificate issued under chapter 411 of title 49, United States Code.

"(2) Covered air carrier.—The term 'covered air carrier' means an air carrier that is involved in a covered transaction.

"(3) Covered employee.—The term 'covered employee' means an employee who—

"(A) is not a temporary employee; and

"(B) is a member of a craft or class that is subject to the Railway Labor Act (45 U.S.C. 151 et seq.).

"(4) Covered transaction.—The term 'covered transaction' means—

"(A) a transaction for the combination of multiple air carriers into a single air carrier; and which

"(B) involves the transfer of ownership or control of—

"(i) 50 percent or more of the equity securities (as defined in section 101 of title 11, United States Code) of an air carrier; or

"(ii) 50 percent or more (by value) of the assets of the air carrier.

"(c) Application.—This section shall not apply to any covered transaction involving a covered air carrier that took place before the date of enactment of this Act [Dec. 26, 2007].

"(d) Effectiveness of Provision.—This section shall become effective on the date of enactment of this Act and shall continue in effect in fiscal years after fiscal year 2008."