US Airways, Inc.
KAREN GILLEN, State Bar No. 018008
karen.gillen@usairways.com
111 West Rio Salado Parkway
Tempe, AZ  85281
Telephone:  (480) 693-0800
Facsimile:  (480) 693-5932

O'Melveny & Myers LLP
ROBERT A. SIEGEL (*pro hac vice*)
CHRIS A. HOLLINGER (*pro hac vice*)
rsiegel@omm.com
chollinger@omm.com
400 South Hope Street
Los Angeles, CA  90071-2899
Telephone:  (213) 430-6000
Facsimile:  (213) 430-6407

Attorneys for Defendant
US Airways, Inc.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Don Addington, *et al.*, on behalf of themselves and all similarly situated former America West Pilots,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>US Airline Pilots Ass'n, an unincorporated association,<br><br>　　　　Defendant,<br>_____<br><br>US Airways, Inc.,<br><br>　　　　Intervenor. | Case No.  2:13-cv-00471-ROS<br><br>**[PROPOSED] ORDER GRANTING US AIRWAYS, INC.'S MOTION FOR LIMITED INTERVENTION UNDER RULE 24 OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

1  Upon consideration of US Airways, Inc.'s Motion For Limited Intervention Under
2  Rule 24 Of The Federal Rules of Civil Procedure, and any opposition thereto,
3  IT IS HEREBY ORDERED that the Motion For Limited Intervention is
4  GRANTED for the purposes of protecting US Airways interest in:
5  (i) a prompt resolution of the merits of the West Pilots' claim against defendant
6  US Airline Pilots Association for breach of the duty of fair representation;
7  and
8  (ii) a prompt determination that the West Pilots have the right under the federal
9  McCaskill-Bond statute to full and separate representation in the upcoming
10 seniority-integration proceedings between the pilots employed by US
11 Airways and American Airlines, Inc.