1  US Airways, Inc.
2  KAREN GILLEN, State Bar No. 018008
   karen.gillen@usairways.com
3  111 West Rio Salado Parkway
   Tempe, AZ  85281
4  Telephone:  (480) 693-0800
   Facsimile:  (480) 693-5932
5

6  O'Melveny & Myers LLP
   ROBERT A. SIEGEL (*pro hac vice*)
7  CHRIS A. HOLLINGER (*pro hac vice*)
8  rsiegel@omm.com
   chollinger@omm.com
9  400 South Hope Street
   Los Angeles, CA  90071-2899
10 Telephone:  (213) 430-6000
11 Facsimile:  (213) 430-6407

12
   Attorneys for Defendant
13 US Airways, Inc.

14            **IN THE UNITED STATES DISTRICT COURT**

15              **FOR THE DISTRICT OF ARIZONA**

16 | Don Addington, *et al.*, on behalf of | Case No. 2:13-cv-00471-ROS |
17 | themselves and all similarly situated | |
   | former America West Pilots, | |
18 | | **US AIRWAYS, INC.'S MOTION FOR** |
19 | Plaintiffs, | **EXPEDITED RULING ON ITS** |
   | | **MOTION FOR LIMITED** |
20 | vs. | **INTERVENTION UNDER RULE 24 OF** |
   | | **THE FEDERAL RULES OF CIVIL** |
21 | US Airline Pilots Ass'n, an | **PROCEDURE** |
22 | unincorporated association, | |
23 | Defendant, | |
24 | _____ | |
25 | US Airways, Inc., | |
26 | [Proposed] Intervenor. | |
27
28

1    Proposed intervenor US Airways, Inc. ("US Airways") respectfully requests that

2    the Court expedite its ruling on US Airways' motion for intervention (Doc. No. 128), and,

3    for the reasons set forth below, issue a ruling thereon by Friday, September 13, 2013.

4    US Airways seeks to intervene in this lawsuit for the purpose of, *inter alia*,

5    protecting its interest in a prompt determination that the West Pilots have the right under

6    the federal McCaskill-Bond statute to full and separate representation in the seniority-

7    integration proceedings between the pilots employed by US Airways and American

8    Airlines, Inc.  (*See* Doc. No. 128.)  While, as stated to the Court at the August 15, 2013

9    status conference, US Airways does not intend to present testimony or evidence at trial, its

10   outside counsel should be allowed – on an "Attorney's Eyes Only" basis (absent

11   agreement between the parties or permission from the Court) – to fully attend the

12   depositions of witnesses whose testimony may reasonably be expected to include a

13   discussion of the negotiation of Paragraph 10 of the Memorandum of Understanding, the

14   West Pilots' rights to participate in the McCaskill-Bond process, and/or any statements

15   made by US Airways employees or representatives regarding the foregoing.  This would

16   enable US Airways' counsel to know what testimony has been elicited on a subject

17   germane to one of the grounds for US Airways' requested intervention.  USAPA objected

18   to such participation by US Airways' counsel on September 6, 2013, and instead has in

19   effect proposed a more limited role for US Airways' counsel that is unworkable as a

20   practical matter.

21   Because the depositions of USAPA witnesses are currently scheduled to begin on

22   September 17, 2013, US Airways respectfully requests that the Court rule on its motion

23   for intervention by Friday, September 13, 2013 and apologizes for the inconvenience to

24   the Court.

25   US Airways is authorized to represent that plaintiffs do not object to US Airways'

26   attendance at these depositions.

27

28

1

1

     Respectfully submitted,

2

     Dated:  September 10 2013.         O'Melveny & Myers LLP

3

4

                                   By:     /s/    Robert A. Siegel
                                   Robert A. Siegel (*pro hac vice*)

5

                                   Chris A. Hollinger (*pro hac vice*)
                                   400 South Hope Street, Suite 1500

6

                                   Los Angeles, California 90071-2899

7

                                   US Airways, Inc.

8

                                   Karen Gillen, State Bar No. 018008
                                   111 W. Rio Salado Parkway

9

                                   Tempe, AZ  85281

10

                                   Attorneys for Defendant US Airways, Inc.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on September 10, 2013, I caused to be electronically

3

transmitted the attached US Airways, Inc.'s Motion For Expedited Ruling On Its Motion

4

For Limited Intervention Under Rule 24 Of The Federal Rules Of Civil Procedure.

5

6

7

                /s/   Robert A. Siegel

8

                Robert A. Siegel

OMM_US:71831171.2

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

US AIRWAYS' MOTION FOR EXPEDITED
RULING ON MOTION FOR INTERVENTION
CASE NO. 2:13-CV-00471-ROS