```
 1  Todd C. Duffield (pro hac vice)
    toddduffield@paulhastings.com
 2  PAUL HASTINGS, LLP
    75 East 55th Street
 3  New York, NY 10022
    Phone: (212) 318-6000
 4  Fax: (212) 319-4090

 5  Neal D. Mollen (pro hac vice)
    nealmollen@paulhastings.com
 6  PAUL HASTINGS, LLP
    875 15th Street, N.W.
 7  Washington, DC 20005
    Phone: (202) 551-1700
 8  Fax: (202) 551-1705
    Twenty-Fifth Floor
 9  Los Angeles, CA  90071-2228
    Telephone:  1(213) 683-6000
10  Facsimile:  1(213) 627-0705
```

*Attorneys for Movants*
*AMR Corporation and American Airlines, Inc.*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Don ADDINGTON; John BOSTIC; Mark BURMAN; Afshin IRANPOUR; Roger VELEZ; Steve WARGOCKI; Michael J. SOHA; Rodney Albert BRACKIN; and George MALIGA, on behalf of themselves and all similarly situated former America West pilots, | Case No. CV-13-00471-PHX-ROS |
| **Plaintiff,** | Judge Roslyn O. Silver |
| vs. | |
| US AIRLINE PILOTS ASS'N, an unincorporated association; and US AIRWAYS, INC., a Delaware Corporation, | **[PROPOSED ORDER]** |
| **Defendant.** | |

THE COURT, having considered the motion of AMR Corporation and American Airlines, Inc. for leave to participate as *amicus curiae* in this matter,

1  **IT IS ORDERED**, the Motion for Leave to Participate as Amicus Curiae (Doc. __) is
2  **GRANTED**.
3  DATED this ___ day of _____ 2013.

                                                  _____
                                                           Roslyn O. Silver
                                                  Chief United States District Judge